# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Loreto Trujillo**<br>DOB: 1968; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-07912MJ |

Complaint for violation of Title 8 United States Code ' 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 8, 2025, in the District of Arizona, **Loreto Trujillo**, knowing and in reckless disregard of the fact that a certain illegal aliens, to include Luz Maria Sanchez-Alva, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 8, 2025, in the District of Arizona (Tucson), Homeland Security Investigations 9 (HSI) Special Agents were conducting surveillance on a white 2014 Kia Sorrento which had a court approved GPS tracker. At approximately 6:45 a.m., the vehicle tracker indicated that the vehicle, identified as belonging to **Loreto TRUJILLO**, was at the QuikTrip gas station on Ajo for a few minutes. After the vehicle left the gas station it proceeded to head north on the I-10 West. Agents reviewed the surveillance footage at the QuikTrip and confirmed that an unknown vehicle had approached **TRUJILLO's** vehicle, and an unknown female got into the Kia Sorento with **TRUJILLO**. Pinal County Sheriff's Officers conducted a traffic stop of the vehicle near exit 190 on Interstate 10 in Casa Grande, Arizona. The driver was identified as **TRUJILLO** and the passenger was identified as Luz Maria Sanchez-Alva. During the identification of the occupants, officers determined that Sanchez was not a citizen of the United States like she had originally claimed. HSI Special Agents and Border Patrol Agents responded to the scene and spoke with Sanchez who admitted to being a Citizen and National of Mexico without immigration documents to live or work in the United States. **TRUJILLO** and Sanchez were taken into custody and transported to the Tucson Border Patrol Station for further questioning.

Material witness Luz Maria Sanchez-Alva stated arrangements were made for her to get picked up at the Nogales, Mexico airport by an unknown person who would then take her to a hotel. After she arrived at the hotel the following morning she was picked up by another unknown person and transported to an apartment complex. There an unknown person in a white compact vehicle picked her up and handed her a false United States Birth Certificate and a Pima community College Student ID.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Luz Maria Sanchez-Alva

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>LESILEE D DEMPSEY<br>Digitally signed by LESILEE D DEMPSEY<br>Date: 2025.05.09 10:27:03 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Homeland Security Investigations<br>Special Agent |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]) | DATE<br>May 9, 2025 |

[1]) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.** 25-07912MJ

The driver told Sanchez to memorize the information on the documents. Sanchez stated that after she was picked up an unknown male was also picked up and dropped off in Nogales, Arizona after the vehicle crossed into the United States. Sanchez was transported to the QuikTrip gas station located on Ajo Road in Tucson, Arizona. Once at the QuikTrip gas station, she was instructed to get into the vehicle with **TRUJILLO**. When asked if **TRUJILLO** had asked her for any identification documents Sanchez stated no but when asked a second time, she said **TRUJILLO** asked her if she had the appropriate documents with her. Sanchez said yes and showed her that she had the documents on her person.

After waiving her *Miranda* rights, **TRUJILLO** stated she was taking Sanchez to Phoenix. She stated she did not know the girl but was doing a favor for her friend Denise, who lives in Nogales, Mexico. She stated that Denise also introduced her to a man known as Teto, who was also the driver of the vehicle that transported Sanchez to the QuikTrip. When asked how many times she had picked up passengers for Denise, **TRUJILLO** stated she had only done it twice. One passenger was picked up at a Burger King on Ajo Road in Tucson and the second passenger was picked up at Walmart in Tucson. She was being paid about $200 to cover gas and any expenses. She stated she was unaware of any alien smuggling and had always asked the passengers she picked up for appropriate identification documents. Special Agents (SAs) asked **TRUJILLO** again, how many times she had transported passengers for Denise, to which she stated she rarely did. SAs showed **TRUJILLO** images of an unknown male that she picked up the week prior at QuikTrip, to which she initially stated that she did not recall who he was. She was showed a photo of herself and the unknown male at a store in Phoenix and SAs asked **TRUJILLO** if that was her in the photo standing next to the unknown male to which she stated she now recalled picking him up. SAs showed **TRUJILLO** several images and videos of her picking up unknown passengers at the QuikTrip to which she kept stating she had very vague memories of. SAs asked **TRUJILLO** how often she went to Phoenix, AZ and if she was familiar with the area to which she stated she would go occasionally with her daughter to shop. When asked for the routes she took, she stated she always took the I-10 West. SAs proceeded to tell **TRUJILLO** that they had installed a tracker on her vehicle and that her answers were not matching up with the vehicle trackers history. She was told she had been recorded taking several unusual routes multiple times on her way to Phoenix, AZ and was also seen taking unusual routes when transporting passengers. HSI believes that using unusual routes was done to avoid police officers and patrols on the interstate. **TRUJILLO** stated she would never transport aliens because she always asked for their documents.